## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-20-1033-J |
| CHARLES J. COPELAND, et al., | ) ) | |
| Defendants. | ) | |

## **JUDGMENT**

Pursuant to the Order filed separately this same date, Plaintiff's motion for summary judgment is GRANTED and judgment is entered in Plaintiff's favor.

ENTERED this 5th day of February, 2021.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE